IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

    v.

DANIEL L. WHITNEY, *ET AL.*,

    Defendants.

Case No. 20-2624-TC-ADM

**ORDER**

This matter comes before the court on the parties' Joint Motion for a Stay. (ECF 88.) The parties seek a stay of these proceedings pending resolution of the Department of Justice's ("DOJ") related investigation of defendants. The court has broad discretion in determining whether to stay proceedings. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997)). The court may exercise "its discretion to provide 'economy of time and effort for itself, for counsel, and for litigants.'" *See Beltronics USA, Inc. v. Midwest Inventory Distribution LLC*, 545 F. Supp. 2d 1188, 1189 (D. Kan. 2008) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). The court finds that a stay is warranted for essentially the reasons stated in the parties' motion—namely, to preserve defendants' assets potentially for the benefit of plan beneficiaries and to permit the parties to continue discussions regarding a potential resolution of these proceedings. Accordingly, the court grants the joint motion. This case is stayed pending resolution of the DOJ's related investigation of defendants.

Additionally, the court adopts as its order the parties' agreement that: (1) defendants shall not serve or act as a fiduciary with respect to any employee benefit plan or entity subject to ERISA

during the pendency of this stay order; (2) within thirty days after entry of this order, defendants shall reimburse $350,000 in Independent Fiduciary fees and costs to the Medova Operating Account from Advent Health Services, LLC d/b/a DirectHealth; and (3) plaintiff reserves the right to pursue additional reimbursement of Independent Fiduciary fees after the court lifts the stay. Defendants are making the reimbursement of $350,000 in Independent Fiduciary fees without admitting that they owe any such reimbursement. The parties reserve the right to dispute, once the stay is lifted, the issue of who may owe the Independent Fiduciary fees.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for a Stay (ECF 88) is granted as stated above.

**IT IS SO ORDERED.**

Dated October 4, 2021, at Topeka, Kansas.

s/ Angel D. Mitchell  
Angel D. Mitchell  
U.S. Magistrate Judge