## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES DEPARTMENT OF LABOR,** | ) | Case Number: | **20-2624** |
| Plaintiff, | ) | | |
| vs. | ) | | |
| **DANIEL L. WHITNEY, ET AL.,** | ) | | |
| Defendants. | ) | Date of Hearing: | **4/29/24** |

### CIVIL MINUTE SHEET – TELEPHONE CONFERENCE

| JUDGE: | Hon. Toby Crouse, United States District Judge |
|---|---|
| COURT REPORTER: | Kim Grenier |
| COURTROOM DEPUTY: | Traci Anderson |
| TOTAL TIME IN COURT: | 28 minutes |
| INTERPRETER: | N/A |

**APPEARANCES:**         parties appear:  **BY PHONE**

- Plaintiff's Counsel:              **Traci Martin**
- Defendants' Counsel:              **Lauren Tucker McCubbin**
- Receivership Management, Inc.:    **Gaye Tibbets / Alan Dolinko**

**NATURE OF HEARING:**

The parties discuss the age of this case and the best way to move forward, along with sunsetting the Order that was filed on June 3, 2021, Doc. 58.  An Order to Show Cause to follow.